```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID R. DEEMER                  :        CIVIL ACTION
                                 :
     v.                          :
                                 :
NORTHAMPTON COUNTY PRISON        :
AND STAFF                        :        NO. 07-4786
```

**M E M O R A N D U M**

**SCHILLER, J.**                                   **FEBRUARY        , 2008**

Plaintiff has filed a pro se 42 U.S.C. § 1983 civil rights complaint against the Northampton County prison and staff. He is alleging, in essence, that his constitutional rights were violated at the Northampton County prison.

Plaintiff's complaint is deficient in that it fails to name the defendants in the caption of his complaint as required by Rule 10 of the Federal Rules of Civil Procedure.

Since plaintiff is pro se, he will be given leave to file an amended complaint. In his amended complaint, if he chooses to file one, he should: 1) list the names of all of his defendants in the caption of the complaint, and 2) fully describe how each defendant was involved in his claims.

For the foregoing reasons and in accordance with this memorandum, plaintiff will be given leave to file an amended complaint.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DAVID R. DEEMER                 :       CIVIL ACTION
                                :
     v.                         :
                                :
NORTHAMPTON COUNTY PRISON       :
AND STAFF                       :       NO. 07-4786
```

**O R D E R**

AND NOW, this        day of February, 2008, in accordance with the Memorandum filed this date,

IT IS ORDERED that:

1. Leave to proceed <u>in forma pauperis</u> is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to amend as specified in the Memorandum within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

**BY THE COURT:**

  /S/ BERLE M. SCHILLER, J.